**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **DONAVON ANTONIO CONTRERAS,** *Plaintiff,* | § | |
| **v.** | § | **PE:26-CV-00053-DC** |
| **RUDY AXEL YANEZ LUJAN and LEGENDARY WELDING SERVICES, LLC,** *Defendants.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation[1] concerning Defendants' Rule 12(b)(2)(4)(5)&(6) Partial Plea to the Jurisdiction, Motion to Dismiss and Alternative Rule 12(e) Motion for More Definite Statement.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in so doing, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No timely objection having been filed, the Court's review is straightforward: clear error.

1 Doc. 10.
2 Doc. 4.
3 *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Finding no clear error, and in light of Contreras's repeated failure to follow Court Orders,[4] the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that Defendants' Rule 12(b)(2)(4)(5)&(6) Partial Plea to the Jurisdiction, Motion to Dismiss and Alternative Rule 12(e) Motion for More Definite Statement[5] is hereby **DENIED as moot**.

All claims asserted by Plaintiff Donavon Antonio Contreras against Defendants Rudy Axel Yanez Lujan and Legendary Welding Services, LLC are hereby **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

A separate final judgment will issue.

It is so **ORDERED.**

SIGNED this 17th day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[4] *See* Docs. 6, 7–9.
[5] Doc. 4.